

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281

WRITER'S DIRECT DIAL LINE
JONATHAN REDWINE
TELEPHONE: (212) 336-0150
FACSIMILE: (212) 336-1324

October 11, 2007

VIA ECF AND HAND DELIVERY

The Honorable Frank Maas
U.S. Magistrate Judge
United States District Court for the
    Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

RE:    SEC v. Aragon Capital Management LLC, et al., 07 Civ. 919 (FM)

Dear Judge Maas:

I write today to inform the Court that as of October 12, 2007 I will no longer be associated with the U.S Securities and Exchange Commission. Therefore I respectfully request that my name be removed from the docket in this case as an attorney of record for the plaintiff, and that electronic notification of my email address be terminated. Nancy Brown and Gwen Licardo shall remain the attorneys for the Plaintiffs and will continue to receive all electronic notification regarding this matter.

So ordered
/s/ FM
U.S.M.J.
10/12

Respectfully submitted,

/s/ Jonathan M. Redwine
Jonathan M. Redwine
Senior Attorney
Division of Enforcement

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/07



RECEIVED
OCT 12 2007
FRANK MAAS
U.S. MAGISTRATE JUDGE

The Honorable Frank Maas
October 11, 2007
Page 2

cc:

Mr. Ayal Rosenthal (via ECF)
98 Walnut Dr.
Tenafly, NJ 07670

Gerald B. Lefcourt, Esq. (via U.S. Mail)
148 East 78th Street
New York, NY 10021
Attorney for Defendants David Heyman and
 Heyman & Son Investment Partnership LP

Barry A. Bohrer, Esq. (via ECF)
Morvillo, Abramowitz, Grand, Iason & Silberberg, PC
565 Fifth Avenue
New York, NY 10017
Attorney for Defendant Bahram Delshad

Robert Knuts, Esq. (via ECF)
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Attorney for Defendants Oren Rosenthal and Noga Delshad
 and Relief Defendants Rivka Rosenthal and Efrat Rosenthal

Amir Rosenthal, Esq. (via US Express Mail)
Register No. 74936-053
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

Mr. Zvi Rosenthal (via US Express Mail)
Register No. 54076-053
FCI Otisville
P.O. Box 1000
Otisville, NY 10963