USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-26-2010

PRO SE OFFICE

MAR 26 2010

081 9455-898029

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :   07-CV-919 (FM)

Plaintiff,

v.                                      NOTICE OF APPEAL

ARAGON CAPITAL MANAGEMENT, LLC,
et al.,

Defendants.
------------------------------------------------------------x

Notice is hereby given that pro se Defendants Zvi Rosenthal, Amir Rosenthal and Ayal Rosenthal in the above-captioned action hereby appeal to the United States Court of Appeals for the Second Circuit from the "Judgment Against Defendants Zvi Rosenthal, Amir Rosenthal, Oren Rosenthal and Ayal Rosenthal, and Relief Defendants Rivka Rosenthal and Efrat Rosenthal" entered in this action on January 29, 2010.

Dated: Otisville, New York
       March 25, 2010

                                        _____
                                        Zvi Rosenthal
                                        FCI Otisville
                                        P.O. Box 1000
                                        Otisville, NY 10963

Dated: New York, New York
       March 26, 2010

                                        _____
                                        Amir Rosenthal
                                        201 E. 17th St., 12C
                                        New York, NY 10003
                                        (212) 529-0072

Dated: New York, New York
       March 26, 2010

                                        _____
                                        Ayal Rosenthal
                                        P.O. Box 14275
                                        Tel Aviv-Yafo, Israel 61162