AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number:  07-CV-919 (KMK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Orel Rosenthal, Noga Delshad, Efrat Rosenthal, and Rivka Rosenthal

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/16/2010 | *signature* |
| Date | Signature |
| | Robert Knuts — RK0967 |
| | Print Name — Bar Number |
| | Park & Jensen, LLP  630 Third Ave. |
| | Address |
| | New York — NY — 10017 |
| | City — State — Zip Code |
| | (646) 200-6330 — (646) 200-6331 |
| | Phone Number — Fax Number |