UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SECURITIES AND EXCHANGE
COMMISSION,

                        Plaintiff,

    -against-

ARAGON CAPITAL MANAGEMENT,
LLC, et al.,

                    Defendants.

-----------------------------------------------------------x

**ORDER AMENDING
MAY 24 TEMPORARY
RESTRAINING ORDER**

07 Civ. 919 (FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/11

**FRANK MAAS,** United States Magistrate Judge.

       My order dated May 24, 2011, directing the defendants and relief defendants to show cause why an order should not be entered freezing their assets and directing them to repatriate any assets held abroad ("Order) is amended solely with respect to relief defendants Oren Rosenthal, Efrat Rosenthal, and Noga Delshad Rosenthal, by striking their names from Paragraph III of the Order.

       Notwithstanding that change, pending a hearing of the application referred to in the Order, relief defendants Oren Rosenthal, Efrat Rosenthal, and Noga Delshad Rosenthal and their employees and attorneys, and any other persons in active concert or participation with them having actual notice of the Order, are restrained from making any withdrawals, transfers, pledges, encumbrances, assignments, dissipations, concealments or other disposals of any assets, funds, or other property of any kind whatsoever held by or under the control of Zvi Rosenthal, Amir Rosenthal, Rivka Rosenthal, Oren Rosenthal, Efrat Rosenthal, and Noga Delshad Rosenthal, except that Oren Rosenthal, Efrat Rosenthal, and Noga Delshad Rosenthal may make payments and transfers to third parties in the ordinary course, provided that no payee or transferee receives assets, funds or property in an amount exceeding $3,000 without prior Court approval.

       This order does not modify my prior Order which remains in full force and effect with respect to Zvi Rosenthal, Amir Rosenthal, and Rivka Rosenthal.

       The SEC is directed to provide notice of this order this afternoon to any institutions that were served with copies of my prior Order.

       SO ORDERED.

Dated:     New York, New York
             May 27, 2011
             2:35 p.m.

                                                          FRANK MAAS
                                                United States Magistrate Judge