**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

N.Y.S.D. Case # 07-cv-0919(FM)

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 21st day of November, two thousand eleven,

_____

Securities and Exchange Commission,

Plaintiff - Appellee,

v.

Aragon Partners, LP, Aragon Capital Management, LLC, Zvi Rosenthal, Amir Rosenthal, Ayal Rosenthal, David Heyman, Heyman & Son investment Partnership LP, Young Kim, Bahram Delshad, Young Kim, Aragon Capital Advisors, LLC, Noga Delshad Rosenthal,

Defendants,

Oren Rosenthal, Noga Delshad, Rivka Rosenthal, Efrat Rosenthal,

Defendants - Appellants.
_____

ORDER
Docket Number: 11-3957

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 19, 2012

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/19/2012