UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

SECURITIES AND EXCHANGE     :
COMMISSION,
                            :     **ORDER DENYING MOTIONS**
              Plaintiff,
                            :     07 Civ. 919 (FM)
      -against-
                            :
ARAGON CAPITAL ADVISORS, LLC,
et al.,                     :

              Defendants.   :

----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/22/2012

**FRANK MAAS,** United States Magistrate Judge.

By letter dated March 15, 2012, the Commission has advised the Court that the money that the Defendants and Relief Defendants have agreed to pay has been escrowed and that the Commission has approved the settlement terms. Accordingly, because all that remains is the completion of certain paperwork, the three motions presently pending before the Court, docketed as ECF Nos. 227, 239, and 275 are hereby DENIED.

SO ORDERED.

Dated:    New York, New York
          March 22, 2012

                                    _____
                                    FRANK MAAS
                                    United States Magistrate Judge

Copies to:

Nancy A. Brown, Esq.
Senior Trial Counsel
Securities and Exchange Commission
Fax: (212) 336-1322

Robert Knuts, Esq.
Park & Jensen LLP
Fax: (646) 200-6316

Amir Rosenthal
201 East 17th Street, Apt. 12C
New York, New York 10003
[Via email: amirrosenthal@yahoo.com]

Ayal Rosenthal
[Via email: ar.sec@hotmail.com]

Zvi Rosenthal
98 Walnut Drive
Tenafly, NJ 07670
[Via first-class mail]